In the Matter of the Estate of EMMA C. RUEFF, Deceased.
STATE TAX COMMISSION, Appellant; WILLIS M. STAUBUS,
as Ancillary Administrator of the Estate of EMMA C.
RUEFF, Deceased, Respondent.

Argued January 7, 1937; decided March 9, 1937.

*Seth T. Cole* and *Mortimer M. Kassell* for appellant.
*Clarence W. Archibold* for respondent.

Appeal dismissed, with costs. A constitutional question
is not solely presented. The case could have been, and
was, decided upon the construction of a statute. (Civ.
Prac. Act, § 588, subd. 1.) No opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, LOUGHRAN
and RIPPEY, JJ. Taking no part: LEHMAN and
FINCH, JJ.